AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

JERRY KEITH BRADY, JR.

)
)   Case No. 2:25cr101
)   FID: 11850846
)   IRS
)
)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jerry Keith Brady, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.18:1343 - Wire Fraud (Count One, et al.)

FILED IN OPEN COURT
AUG 2 5 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

RECEIVED UNITED STATES MARSHAL
2025 AUG 22 A 9:05
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

Date:   08/21/2025

_____
*Issuing officer's signature*

City and state:   Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08222025, and the person was arrested on *(date)* 08252025
at *(city and state)* Eastville, Virginia.

Date: 08252025

_____
*Arresting officer's signature*

Nathan Perrow   Special Agent
*Printed name and title*